JS-6

David M. deRubertis (State Bar No. 208709)
Kimberly Higgins, (State Bar No. 245174)
The deRubertis Law Firm, PLC
4219 Coldwater Canyon Avenue,
Studio City, CA 91604
Telephone: (818) 761-2322
Facsimile: (818) 761-2323
david@derubertislaw.com
kim@derubertislaw.com

N. Nick Ebrahimian, Esq. (State Bar No. 219270)
Jordan D. Bello, Esq. (State Bar No. 243190)
Lavi & Ebrahimian, LLP
8383 Wilshire Blvd., Suite 840
Beverly Hills, California 90211
Telephone: (323) 653-0086
Facsimile: (323) 653-0081
nebrahimian@lelawfirm.com
jordan@lelawfirm.com

Attorneys for Plaintiff Jesus Leyva on behalf of himself and others similarly situated.

Steven A. Groode, Esq. (State Bar No. 210500)
Matthew J. Sharbaugh, Esq. (State Bar No. 260830)
Littler Mendelson, a Professional Corporation
2049 Century Park East, 5th Floor
Los Angeles, CA 90067
Telephone: (310) 553-0308
Facsimile: (310) 553-5583
sgroode@littler.com
msharbaugh@littler.com

Attorneys for Defendant Medline Industries, Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JESUS LEYVA on behalf of himself and others similarly situated.

PLAINTIFF,

vs.

MEDLINE INDUSTRIES, INC., a California Corporation; and DOES 1 to 50, Inclusive.

Defendants.

Case No.: CV-11-0164-RGK-MAN

Before Honorable U.S. District Court Judge R. Gary Klausner

**ORDER DISMISSING PLAINTIFF'S INDIVIDUAL CLAIMS AND ENTERING JUDGMENT FOLLOWING DENIAL OF CLASS CERTIFICATION**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JESUS LEYVA on behalf of himself and others similarly situated.<br><br>PLAINTIFF,<br><br>vs.<br><br>MEDLINE INDUSTRIES, INC., a California Corporation; and DOES 1 to 50, Inclusive.<br><br>Defendants. | Case No.: CV-11-0164-RGK-MAN<br><br>Before Honorable U.S. District Court Judge R. Gary Klausner<br><br>**ORDER DISMISSING PLAINTIFF'S INDIVIDUAL CLAIMS AND ENTERING JUDGMENT FOLLOWING DENIAL OF CLASS CERTIFICATION** |

**ORDER**

The Court, having reviewed the Joint Stipulation to Dismiss Plaintiff's Individual Claims, Preserve Plaintiff's Appellate Rights to Act as Class Representative, and Enter Final Judgment, hereby finds good cause and ORDERS that:

(1) Plaintiff's individual claims asserted in this action be dismissed with prejudice under FRCP 41;

(2) Said dismissal of Plaintiff's individual claims is not intended or meant to deprive Plaintiff of the right to pursue any appellate remedies relating to

the District Court's denial of class certification or to continue serving as class representative if the denial of certification is reversed on appeal; and

(3) The District Court having denied class certification, and Plaintiff and Defendant having resolved Plaintiff's individual claims, judgment be otherwise entered finally disposing of all issues in this case at the District Court level with each side to bear their own attorneys' fees and costs consistent with the terms of the conditional waivers spelled out in the Joint Stipulation.

Date: September 20, 2011______________

Hon. R. Gary Klausner
Judge of the United States District Court