1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS LEYVA on behalf of himself and others similarly situated.<br><br>     PLAINTIFF,<br><br> vs.<br><br>MEDLINE INDUSTRIES, INC., a California Corporation; and DOES 1 to 50, Inclusive.<br><br>     Defendants. | Case No.: EDCV 11-164-RGK (MANx)<br><br>**PROTECTIVE ORDER GOVERNING USE OF MEDIATION DOCUMENTS AND INFORMATION** |

The Court, having reviewed the Parties' Stipulation Regarding use of Mediation Documents and Information (the "Stipulation"), and GOOD CAUSE APPEARING THEREFOR, ORDERS that mediation materials and the information contained therein disclosed by a party shall be used by the receiving party and their counsel only for the purpose of the mediation and shall not be used or disclosed for any other purpose absent written consent by the disclosing party or further order of the Court.

In the event that the Parties do not reach a settlement, within thirty (30) days after the conclusion of the mediation, Plaintiff and his counsel and any expert will return all original mediation materials produced by the Defendant, and will destroy all copies of mediation materials produced by Defendant.  Upon request by the designating party,

1  counsel for the receiving the party will certify in writing that all mediation materials have

2  been returned or destroyed, as appropriate.

3  In the event that the Parties reach a settlement, but Court denies preliminary

4  approval and/or final approval of the settlement, within thirty (30) days after the Court

5  issues an order denying the motion for preliminary or final approval of the settlement,

6  Plaintiff and his counsel and any expert will return all original mediation materials

7  produced by the Defendant, and will destroy all copies of mediation materials produced

8  by Defendant within thirty (30) days of the Court ruling denying the motion for

9  preliminary or final approval.

10  In the event that the Court grants preliminary approval of the settlement and final

11  approval of the settlement, Plaintiff and his counsel and any expert will return all original

12  mediation materials produced by the Defendant, within thirty (30) days of the Court

13  granting Final Approval of the Class Settlement and Defendant will retain and maintain

14  all of the original mediation materials produced by Defendant for five (5) years from the

15  date the Court Grants Plaintiff's Motion for Final Approval of Class Action Settlement.

16  **IT IS SO ORDERED.**

17  Dated:  December 13, 2013

18  ____ *Margaret a. Nagle* __

19  MARGARET A. NAGLE

20  UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28