David M. deRubertis, Esq. (State Bar No. 208709)
  david@derubertislaw.com
**THE DERUBERTIS LAW FIRM, PLC**
4219 Coldwater Canyon Avenue,
Studio City, CA 91604
Telephone: (818) 761-2322
Facsimile: (818) 761-2323
david@derubertislaw.com

Joseph Lavi, Esq.  (State Bar No. 209776)
  jlavi@lelawfirm.com
Jordan D. Bello, Esq. (State Bar No. 243190)
  jbello@lelawfirm.com
**LAVI & EBRAHIMIAN, LLP**
8889 Olympic Blvd., Suite 200
Beverly Hills, California  90211
Telephone: (310) 432-0000
Facsimile: (310) 432-0001
jlavi@lelawfirm.com

Attorneys for Plaintiff Jesus Leyva on behalf of himself and others similarly situated.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS LEYVA on behalf of himself and others similarly situated.<br><br>        PLAINTIFF,<br><br> vs.<br><br>MEDLINE INDUSTRIES, INC., a California Corporation; and DOES 1 to 50, Inclusive.<br><br>        Defendants. | Case No.:  11-CV-00164-RGK-MAN<br><br>**CLASS ACTION**<br><br>**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND AWARD OF COSTS AND FEES AND ENHANCEMENT PAYMENT**<br><br>Date: August 4, 2014<br>Time: 9:00a.m.<br>Courtroom:  Hon. R. Gary Klausner, United States District Judge |

**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION
SETTLEMENT AND AWARD OF COSTS AND FEES AND ENHANCEMENT PAYMENT**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND AWARD OF COSTS AND FEES AND ENHANCEMENT PAYMENT**

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on August 4, 2014 at 9:00 a.m. in Courtroom 850 of the United States District Court, Central District of California, located at 255 East Temple Street, Los Angeles, CA 90012, Plaintiff will move and hereby does move for final approval of the class action settlement reached between Plaintiff and defendant Medline Industries ("Defendant") that was preliminarily approved by the Court on March 31, 2014 and an award to Plaintiff of costs and fees and an enhancement payment. Specifically, Plaintiff moves for an order:

1.      Finding and determining that the notice procedure afforded to class members under the Settlement gave them the best notice practicable under the circumstances and satisfied the requirements of law and due process.

2.      Finding and determining that the Settlement Class as defined below, meets all of the legal requirements for class certification, and ordering that the following Settlement Class is finally approved and certified as a class for purposes of settlement of this action:

> All current or former hourly, non-exempt employee of Medline in California from October 29, 2006 to March 31, 2014.

3.      Finding and determining that the terms of the Settlement are fair, reasonable and adequate to the class and to each class member and that the class members who have not opted out of the Settlement are bound by the Settlement;

4.      Finding and determining that the Settlement benefits to be provided to Class Members who submitted claims in accordance with the Settlement are fair and reasonable and giving final approval to and ordering the distribution of settlement benefits in accordance with the Settlement.

5.      Finding and determining that Plaintiff's request for attorney's fees and costs is reasonable and awarding attorney's fees in the amount of  $465,000,

representing 29.06% of the Gross Settlement Amount and litigation costs in the amount of $17,000.

6.      Finding and determining that Plaintiff's request for an enhancement payment in the amount of $5,000 is reasonable and awarding Plaintiff an enhancement payment in the amount of $5,000.

7.      Ordering that, pursuant to the Settlement, all Class Members who did not timely request exclusion from the Settlement are permanently barred from prosecuting against Defendant and its parents, predecessors, successors, subsidiaries, affiliates, and trusts, and all of its employees, officers, agents, attorneys, stockholders, fiduciaries, other service providers, and assigns, any of the claims released by them under the Settlement.

8.      Ordering the parties to comply with the terms of the Settlement.

9.      Dismissing the action with prejudice and directing the clerk to enter the order granting final approval and dismissing the action as a final judgment.

10.      Ordering that, notwithstanding dismissal of the action and entry of a final judgment, the Court shall retain jurisdiction over all matters relating to the interpretation, administration, implementation, effectuation and enforcement of its order or the Settlement.

Plaintiff's motion for final approval and an award of costs and fees and an enhancement payment is made pursuant to Rules 23(e) and (h) of the Federal Rules of Civil Procedure on the grounds that the Settlement is fair, reasonable and adequate and the amounts of costs and fees and enhancement requested by Plaintiff are reasonable, and is based on this Notice; the Memorandum of Points and Authorities and Declarations of Joseph Lavi and David deRubertis filed herewith; the Confidential Statement submitted by Plaintiff; all other papers on file in this action and on any oral argument or other matters the Court may take into consideration when ruling on the motion.

Dated: July 3, 2014                    Respectfully submitted,

                                       **LAVI & EBRAHIMIAN, LLP**


                                       By:   /s/ Joseph Lavi, Esq.
                                             Joseph Lavi, Esq.
                                             Attorneys   for   PLAINTIFF   JESUS
                                             LEYVA and others similarly situated