David M. deRubertis, Esq. (State Bar No. 208709)
   david@derubertislaw.com
**THE DERUBERTIS LAW FIRM, PLC**
4219 Coldwater Canyon Avenue,
Studio City, CA 91604
Telephone: (818) 761-2322
Facsimile: (818) 761-2323
david@derubertislaw.com

Joseph Lavi, Esq.  (State Bar No. 209776)
   jlavi@lelawfirm.com
Jordan D. Bello, Esq. (State Bar No. 243190)
   jbello@lelawfirm.com
**LAVI & EBRAHIMIAN, LLP**
8889 Olympic Blvd., Suite 200
Beverly Hills, California  90211
Telephone: (310) 432-0000
Facsimile: (310) 432-0001
jlavi@lelawfirm.com

Attorneys for Plaintiff Jesus Leyva on behalf of himself and others similarly situated.

Priority _____
Send _____
Enter _____
Closed _____
JS-5/JS-6 ✓
JS-2/JS-3 _____
Scan Only _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS LEYVA on behalf of himself and others similarly situated.<br><br>PLAINTIFF,<br><br>vs.<br><br>MEDLINE INDUSTRIES, INC., a California Corporation; and DOES 1 to 50, Inclusive.<br><br>Defendants. | Case No.:  11-CV-00164-RGK-MAN<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER AND JUDGMENT GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND AWARD OF ATTORNEYS' FEES AND COSTS, CLASS REPRESENTATIVE ENHANCEMENT PAYMENT, AND PAYMENT TO CLAIMS ADMINISTRATOR**<br><br>Date: August 4, 2014<br>Time: 9:00a.m.<br>Courtroom: Hon. R. Gary Klausner, United States District Judge |

**[PROPOSED] ORDER AND JUDGMENT GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

The motion of plaintiff Jesus Leyva ("Plaintiff") for an order granting final approval of the class action settlement agreement ("Settlement") reached with defendant Medline Industries, Inc. ("Defendant"), which was preliminarily approved by the Court on March 31, 2014, and for an award of costs and fees and an enhancement payment, came regularly on for hearing on August 4, 2014. Good cause having been shown, Plaintiff's motion is GRANTED and it is hereby ordered that:

1. The Court finds and determines that the notice procedure afforded to class members under the Settlement gave them the best notice practicable under the circumstances and satisfied the requirements of law and due process.

2. The Court finds and determines that the Settlement Class as defined below, meets all of the legal requirements for class certification, and orders that the following Settlement Class is finally approved and certified as a class for purposes of settlement of this action:

> All current or former hourly, non-exempt employee of Medline in California from October 29, 2006 to March 31, 2014.

3. The Court finds and determines that the terms of the Settlement are fair, reasonable and adequate to the class and to each class member and that the class members who have not opted out of the Settlement are bound by the Settlement;

4. The Court finds and determines that the Settlement benefits to be provided to Class Members who submitted claims in accordance with the Settlement are fair and reasonable and gives final approval to and orders the distribution of settlement benefits in accordance with the Settlement.

5. The Court confirms the appointment of David M. deRubertis of The deRubertis Law Firm APC and Joseph Lavi of Lavi & Ebrahimian, LLP as co-class counsel.

6. Pursuant to the terms of the Settlement, and the authorities, evidence and argument set forth in Class Counsel's motion, an award of attorneys' fees in the

1  amount of $465,000.00, representing 29.0625% of the Gross Settlement Amount, and
2  for litigation costs in the amount of $17,000, as final payment for and complete
3  satisfaction of any and all attorneys' fees and costs incurred by and/or owed to Class
4  Counsel is hereby granted.

5        7.    The Court finds that Class Counsel's requested fees fall within the range
6  of reasonableness and that the results achieved justify the award. The Court has
7  performed a lodestar cross-check of the requested fees based on the following
8  lodestar: (1) David M. deRubertis: 447 hours x $650.00 per hour = $290,550.00; (2)
9  Joseph Lavi: 176 hours x $600.00 per hour = $105,600.00; and (3) Jordan D. Bello:
10 15 hours x $450.00 per hour = $6,750.00. The Court, having reviewed Declarations
11 of counsel, finds that the hourly rates requested by Class Counsel are reasonable and
12 appropriate given their experience, skill, reputation and qualifications and the
13 prevailing market rates for work of similar complexity. Thus, the Court finds that the
14 lodestar of $402,900.00 with an appropriate multiplier adjustment of 1.1541 would
15 replicate the common fund award. Given the risk, contingent nature of the case, the
16 skill displayed and results obtained, the Court finds that the lodestar cross-check
17 with the stated multiplier supports the sought common fund fee award.

18       8.    The payment of attorneys' fees and costs to Class Counsel shall be made
19 in accordance with the terms of the Settlement.

20       6.    The Court finds and determines that Plaintiff's request for an
21 enhancement payment in the amount of $5,000 is reasonable and awards Plaintiff an
22 enhancement payment in the amount of $5,000.

23       7.    The Court orders that, pursuant to the Settlement, all Class Members
24 who did not timely request exclusion from the Settlement are permanently barred
25 from prosecuting against Defendant and its parents, predecessors, successors,
26 subsidiaries, affiliates, and trusts, and all of its employees, officers, agents, attorneys,
27 stockholders, fiduciaries, other service providers, and assigns, any of the claims
28 released by them under the Settlement.

**[PROPOSED] ORDER AND JUDGMENT GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

8. The Court orders the parties to comply with the terms of the Settlement.

9. The Court orders the action dismissed with prejudice and directs the clerk to enter this order as a final judgment.

10. The Court orders that, notwithstanding dismissal of the action and entry of a final judgment, it shall retain hurisdiction over all matters relating to the interpretation, administration, implementation, effectuation and enforcement of this order or the Settlement.

Dated: AUG 7 2014

_____
United States District Judge

[PROPOSED] ORDER AND JUDGMENT GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT